IN THE UNITED STATES DISTRICT COURT for the Eastern District of Arkansas

Frederick Banks, an American Indian Petitioner/plaintiff

v.

1:12-CV-496

RECEIVED U.S. DISTRICT COURT EASTERN DISTRICT OF ARKANSAS 2012 MAR -9 AM 9:44 JAMES W. McCORMACK, CLERK BY: DEP. CLERK

Hilary Rodham Clinton; Timothy F. Geithner; Robert M. Gates; Eric H. Holder Jr.; Kenneth L. Salazar; Thomas J. Vilsack; Gary F. Locke; Hilda L. Solis; Kathleen Sebelius; Shaun L.S. Donovan; Raymond L. LaHood; Steven Chu; Arne Duncan; Eric K. Shinseki; Janet A. Napolitano; Austan Goolsbee; Nancy Sutley; Cameron Moody; Director, Office of Management and Budget; R. Gil Kerlikowske; John Holdren; Ronald Kirk; Nancy-Ann E. DeParle; Jeffrey C. Kuhlman; James R. Clapper; Rahm I. Emanuel; James A. Messina; Mona K. Sutphen; Robert F. Bauer; Robert L. Gibbs; Thomas E. Donilon; Elizabeth M. Brown; Howard D. Pfeiffer; Melody C. Barnes; Lawrence H. Summers; John O. Brennan; Phillip M. Schilliro; James L. Jones; Nancy D Hogan; Jonathan E. Favreau; Ronald A. Klain; Johanna S. Smoot; Susan S. Sher; Catherine M. Lelyveld; Intl Boundary and Water Commission; Intl Information Programs; Intl. Narcotics and Law Enforcement Affairs; Intl. Organization Affairs; Population, Refugees, and Migration; Department of the Treasury, Alcohol and Tobacco Tax and Trade Bureau; Bureau of Engraving and Printing; Bureau of The Public Debt; Financial Crimes Enforcement Network; Financial Management Service; Internal Revenue Service; Department of Defense; Def Advanced Research Projects Agency; Def Intelligence Agency; Def Security Cooperation Agency; Missile Def. Agency; Natl. Geospatial-Intelligence Agency; Natl. Security Agency/Central Security Service; Department of Justice; Bureau of Alcohol, Tobacco, Firearms, and Explosives; Bureau of Prisons; Drug Enforcement Admin; Executive Office for Immigration Review; Federal Bureau of Investigation; Natl Central Bureau of Interpol; U.S. Marshals Service; U.S. Parole Commission; Bureau of Indian Affairs; Bureau of Land Management; Bureau of Ocean Energy Management; Bureau of Reclamation; National Park Service; Fish and Wildlife Service; Department of Agriculture; Agricultural Research Service; Economic Research Service; Food and Nutrition Service; Food Safety and Inspection Service; Foreign Agricultural Service; Forest Service; Natl Agricultural

FILED HARRISBURG, PA MAR 20 2012 MARY E. D'ANDREA, CLERK Per Deputy Clerk

Statistics Service; Natural Resources Conservation Service; Department of Commerce; Bureau of the Census; Bureau of Economic Analysis; Minority Business Development Agency; National Institute of Standards and Technology; National Oceanic and Atmospheric Admin; National Technical Information Service; National Telecommunications and Information Admin; Department of Labor; Bureau of Labor Statistics; Job Corps; Mine Safety and Health Admin; Office of Federal Contract Compliance Programs; Office of Labor-Management Standards; Office of Workers Compensation Programs; Department of Health and Human Services; Agency for Healthcare Research and Quality; Centers for Disease Control and Prevention; Centers for Medicare and Medicaid Services; Food and Drug Admin; Health Resources and Services Admin; National Institutes of Health; Surgeon General; Department of Housing and Urban Development; Fannie Mae; Federal Housing Administration; Freddie Mac; Ginnie Mae; Department of Transportation; Federal Aviation Admin; Federal Highway Admin; Federal Transit Admin; Federal Railroad Admin; Maritime Admin; National Highway Traffic Safety Admin; Research and Innovative Technology Admin; Department of Energy; Energy Information Admin; Federal Energy Regulatory Commission; National Nuclear Security Admin; Office of Scientific and Technical Information; Department of Education; Department of Veterans Affairs; Department of Homeland Security; Federal Emergency Management Agency; Immigration and Customs Enforcement; Transportation Security Admin; African Development Foundation; AMTRAK; Broadcasting Board of Governors; Central Intelligence Agency; Commission on Civil Rights; Commodity Futures Trading Commission; Consumer Product Safety Commission; Corporation for National and Community Service; Court Services and Offender Supervision Agency for the District of Columbia; Defense Nuclear Facilities Safety Board; Election Assistance Commission; Environmental Protection Agency; Equal Employment Opportunity Commission; Export-Import Bank of the United States; Farm Credit Administration; Federal Communications Commission; Federal Deposit Insurance Corporation; Federal Election Commission; Federal Housing Finance Agency; Federal Labor Relations Authority; Federal Maritime Commission; Federal Mediation and Conciliation Service; Federal Mine Safety and Health Review Commission; Federal Reserve System; Federal Retirement Thrift Investment Board; Federal Trade Commission; General Services Administration; Institute of Museum and Library Services; Inter-American Foundation; Merit Systems Protection Board; National Aeronautics and Space Administration;

Jury Trial Demanded

National Archives and Records Administration, National Capital Planning Commission; National Council on Disability; National Credit Union Admin; National Endowment for the Arts; National Endowment for the Humanities; National Indian Gaming Commission; National Labor Relations Board; National Mediation Board; National Science Foundation; National Transportation Safety Board; Nuclear Regulatory Commission; Nuclear Waste Technical Review Board; Occupational Safety and Health Review Commission; Office of Government Ethics; Office of Personnel Management; Office of Special Counsel; Overseas Private Investment Corporation; Peace Corps; Pension Benefit Guaranty Corporation; Postal Regulatory Commission; Railroad Retirement Board; Securities and Exchange Commission; Selective Service System; Small Business Administration; Social Security Administration; Tennessee Valley Authority; US Agency for International Development; US International Trade Commission; US Postal Service; US Trade and Development Agency.

Jeff Sessions; Richard Shelby; Mark Begich; Joe Miller; Jon Kyl; John McCain; Mark Pryor; John Boozman; Dianne Feinstein; Barbara Boxer; Mark Udall; Michael F. Bennet; Joseph Lieberman; Richard Blumenthal; Thomas R. Carper; Christopher Coons; Bill Nelson; Marco Rubio; Saxby Chambliss; Johnny Isakson; Daniel K. Akaka; Daniel K. Inouye; Jim Risch; Mike Crapo; John Ensign; Harry Reid; Jeanne Shaheen; Kelly Ayotte; Robert Menendez; Frank Lautenberg; Jeff Bingaman; Tom Udall; Kirsten E. Gillibrand; Charles E. Schumer; Kay Hagan; Richard Burr; Kent Conrad; John Hoeven; Sherrod Brown; Rob Portman; James M. Inhofe; Tom Coburn; Jeff Merkley; Ron Wyden; Bob Casey Jr.; Pat Toomey; Sheldon Whitehouse; John F. Reed; Lindsey Graham; Jim DeMint; Tim Johnson; John Thune; Bob Corker; Lamar Alexander; Kay Bailey Hutchison; John Cornyn; Orrin G. Hatch; Mike Lee; Bernard Sanders; Patrick Leahy; James H. Webb; Mark Warner; Maria Cantwell; Patty Murray; Joe Manchin; John D. Rockefeller; Herb Kohl; Ron Johnson; John Barrasso; Michael B. Enzi; Rick Crawford; Tim Griffin; Steve Womack; Mike Ross;

Robert A. Brady; Chaka Fattah; Mike Kelly; Jason Altmire; Glenn Thompson; Jim Gerlach; Patrick Meehan; Michael G. Fitzpatrick; Bill Shuster; Thomas A. Marino; Lou Barletta; Mark Critz; Allyson Schwartz; Mike Doyle; Charles Dent; Joseph Pitts; Tim Holden; Tim Murphy; Todd Platts; Robert Bentley; Sean Parnell; Jan Brewer; Mike Beebe; Jerry Brown; John Hickenlooper; Dan Malloy; Jack A. Markell; Rick Scott; Nathan Deal; Neil Abercrombie; C.L. Otter; Pat Quinn; Mitch E. Daniels Jr.; Terry Branstad; Sam Brownback; Steven L. Beshear; Bobby Jindal; Paul LePage; Martin O'Malley; Deval Patrick; Rick Snyder; Mark Dayton; Haley Barbour; Jay Nixon; Brian Schweitzer; David Heineman; Brian Sandoval; John H. Lynch; Chris Christie; Susana Martinez; Andrew Cuomo; Beverly Perdue; John Hoeven; John Kasich; Mary Fallin; Chris Dudley; Tom Corbett; Lincoln Chafee; Nikki Haley; Dennis Daugaard; Bill Haslam; Rick Perry; Gary R. Herbert; Peter Shumlin; Bob McDonnell; Christine Gregoire; Joe Manchin III; Scott Walker; Matt Mead; Luis Fortuno; A+P; Abbott Laboratories; Advance Publications; Aetna; Aflac; Alaska Air Group; Alberto Culver Co; Alcatel-Lucent; Alcoa; Allegheny Technologies; Allstate Corp; Altria Group; Amazon.com; American Electric Power Co.; American Express Co; American Greetings Corp; American Intl Group; American Standard Brands; AMR Corp; Anheuser-Busch InBev; Apple Inc; ARAMARK; ArcelorMittal USA; Archer Daniels Midland Co; Armstrong World Industries Inc; Bertelsmann AG; Best Buy Co, Inc; Blackstone Group LP; Blockbuster; Boeing Co; The Brink's Co; Bristol-Myers Squibb Co; Brown-Forman Corp; Brown Shoe Co; Brunswick Corp; Burger King Holdings Inc; Cablevision Systems Corp; Cambell Soup Co; Caterpillar Inc; CBS Corp; Chevron Corp; Chiquita Brands International Inc; Church + Dwight Co; CIGNA; Cintas; Cisco Systems; Citigroup; Clear Channel Communications; Clorox; Coca-Cola; Colgate-Palmolive Co; Collective Brands Inc; Comcast Corp; Compuq; Systemmax; Computer Sciences Corp; ConAgra Foods; ConocoPhillips; Consolidated Edison; Continental Airlines; Corning Inc; Costco Wholesale; Bank of America; Crane Co.; A.T. Cross Co; Crown Holdings; CSX Corp; CVS Caremark; Dana Holding Corp; Darden Restaurants; Dean Foods; Deere + Co;

Delphi Corp; Delta Airlines; Dial Corp; Diebold Inc; Dillard's Inc; Walt Disney Co; Doctor's Associates Inc; Dole Food Co Inc; R. R. Donnelley & Sons Co; Dow Chemical Co.; Dow Jones & Co; Dr. Pepper Snapple Group; Duke Energy; Dun & Bradstreet; E.I. du Pont de Nemours & Co; Eastman Kodak Co; Eaton Corp; ebay Inc; Edison Intl; Electronic Arts; Hewlett Packard Co; Eli Lily and Co; El Paso Corp; EMC Corp EMC Corp; Emerson Electric Co; Energizer Holdings Inc; Estee Lauder Cos Inc; Exelon Corp; Exxon Mobil Corp; Federal Home Loan Mortgage Corp; Federal National Mortgage Association; Fedex Corp; First Data Corp; First Energy Corp; Fleetwood Enterprises; Fluor Corp; Foot Locker; Ford Motor; Fortune Brands; Garnett Co; Gap; Gateway; General Dynamics; General Electric; General Mills; General Motors; Genuine Parts Co; Goldman Sachs Group; Goodyear Tire & Rubber Co; Google; W.R. Grace & Co; Great Atlantic & Pacific Tea Co; Halliburton Co; Hanesbrand Inc; Harley-Davidson; Harr[illegible] Fine [illegible]; Hartford Financial Services Group; Hasbro; HCA; [illegible]; Her[illegible]; Her[illegible]; [illegible]; Hess; Hillenbrand; Hill-Rom Holdings; [illegible] de [illegible]; [illegible] Foods Corp; Houghton Mifflin Harcourt Publishing; H&R Block; [illegible]; IAC/InterActive Corp; Illinois Tool Works; Ingersoll-Rand plc; Intel Corp; International Business Machines Corp; International Paper; International [illegible]; [illegible] Bakeries; J.C. Penney; J. Crew Group; Jet Blue Airways; [illegible]; Johnson Controls; [illegible]; Johnson & Johnson; Jones Apparel [illegible]; JP Morgan Chase & Co; KBR; Kellogg Co; Kelly Services; Kimberly-Clark; Kmart; Koch [illegible]; [illegible]; Kroger; Lane Bryant; [illegible]; Lehman Bros Holdings; Levi Strauss & Co; Lexmark; [illegible] Holdings Co; [illegible] Brands; [illegible]; LL Bean; Lockheed Martin; [illegible]; [illegible]; [illegible]; [illegible]; [illegible]; [illegible]; [illegible]; [illegible]; [illegible]; Freeport [illegible] & Goldberg [illegible]

5-f8

[illegible]
Dallas Morning News [illegible]
[illegible] Commercial [illegible]
[illegible] Ledger [illegible] Union Tribune
Miami Herald, San Jose Mercury News, Orlando
Sentinel, Kansas City Star, [illegible]
St. Louis Post-Dispatch, Orange [illegible] Register
[illegible] Journal [illegible] Tampa Tribune
[illegible] Star [illegible]
[illegible] Journal [illegible]
[illegible]
Post [illegible] Columbus [illegible]
[illegible] Journal [illegible]
[illegible] Times [illegible]
[illegible]
[illegible] Telegram [illegible]
[illegible] Virginian-Pilot [illegible] LA [illegible]
[illegible] San Antonio Express [illegible]
[illegible] Oklahoman [illegible] The
[illegible] American Statesman [illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible] Times [illegible]
[illegible]
[illegible]
Journal [illegible]
[illegible] Tulsa [illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible] ; T. Hutchinson, Correctional Officer; Counselor Hull; T.C. Outlaw, Warden; Dr. Cuclio, psychiatrist; Federal Bureau of Prisons; Regional Director Muldonaldo; BOP Director Charles Samuels,
Respondents/Defendants

Complamt; and Petition for a writ of Mandamus

Plaintiff/petitioner Frederick Banks, an American Indian ("Banks") files the foregoing Complaint and Mandamus petition and represents as follows;

1. On or about 3/2/12 CO T. Hutchinson at FCC Forrest City (low) approach Banks to do a "Terry pat" down search while he was exiting the food service department.

2. Hutchinson said "Hey guy" (this has been typical conduct at this prison. Inmates have name tags on their coats and as such there is no reason not to address an Inmate by name)

3. Hutchison patted down Banks' pockets and person. Never did she indicate any feeling of any weapon yet she still ordered Banks to empty his pockets. Banks did not give consent for the search. Banks did not give consent to empty his pockets. when Hutchison found nothing she chastized Banks. Hutchison violated the Fourth Amendment by ordering Banks to empty his pockets without his consent and continuing the search before and after the search because there was no probable cause for the search before on after the pockets were emptied. As such Banks is entitled to damages pursuant to US Const. Amend IV in the amount of $50,000.00 Additionally since Hutchison executed the search without probable cause she acted arbitrarily and capriciously in violation of 28 CFR and the Administrative Procedures Act and damages against the BOP is appropriate in an amount exceeding $1,000.

4. During February and March of 2012 Dr. Cuclio at FCC Forrest City by Video Conference/Teleconference purposely, intentionally and willfully falsified a Psychiatric evaluation and as a result proscribed with intent to damage Banks a psychotropic medication called Risperdone. As a result of Banks being proscribed this medication he passed out and banged his head on the concrete bathroom floor in Unit HB at FCC Forrest City. Inmate Reed witnessed the entire incident. Banks was never given any treatment for his head injury. Cuclio should be indicted and arrested pursuant to the Treaty of Ft. Laramie, 15 Stat 635 (1868) and damages should be paid to Banks by both Cuclio personally and the United States pursuant to 15 Stat 635 and the 8th Amendment in the amount of $1,000,000.00. Cuclio is a "bad man" under the Treaty who harmed and Indian. Banks is an American Indian.

5. Counselor Hull, Regional Director Maldonado, Warden T.C. Outlaw and the other defendants personally participated in obstructing the administrative remedy process in companion litigation and the instant litigation. These defendants failed to delivery to Banks and process administrative remedies he filed on these issues, attempting to get his Psychiatric medical records (BP8), a BP10 reply concerning a CO yelling in his ear and other BP8's including remedies against Calclio for her blatant disregard for the law and falsification of Agency Records. As a result not only has Banks exausted all available remedies for this and other actions he is damaged in this action for defendants' conduct. All in violation of the Fifth, First Amendments. Damages are appropriate exceeding $25,000.00 along with mandamus relief ordering defendants to immediately deliver up the remedies.

6. All other defendants should be ordered to investigate the issues herein.

7. Banks has an indisputable right to relief.

WHERE fore damages should be awarded in the amount of $2,000,000.00 along with punitive damages for plaintiff and against defendants along with all other requested and warranted relief including costs, interest and fees, a hearing should be held, and a Jury Trial.

Executed this 2nd day of March, 2012 under the penalty for perjury. 28 USC 1746.

Respectfully Submitted,

[signature]

Frederick Banks
#05711-068
PO BOX 9000
Forrest City, Ark 72336
PLAINTIFF

Frederick Banks
05711-068
Federal Correctional Complex
PO Box 9000
Forrest City, AR
72336

⇔05711-068⇔
Mary DAndrea
Clerk US Dist Court
PO Box 983
Harrisburg, PA 17108-0983
United States

RECEIVED
HARRISBURG, PA

MAR 20 2012

MARY E. D'ANDREA, CLERK
Per

Special mail

