# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

FREDERICK BANKS,                                                                                                                           PLAINTIFF
REG. #05711-068

v.                          No. 4:12CV00183 JLH/JTR

HILARY RODHAM CLINTON, et al.                                                   DEFENDANTS

## JUDGMENT

Consistent with the Order of Dismissal that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITHOUT PREJUDICE, pursuant to the three strikes rule set forth in 28 U.S.C. § 1915(g). Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order of Dismissal would not be taken in good faith.

Dated this 28th day of March, 2012.

*J. Leon Holmes*
UNITED STATES DISTRICT JUDGE